IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSE GENARO CALDERON-MELGAR, )
)
    Petitioner, )
)
v. )   Civil Action No. 3:20CV921–HEH
)
SUPERINTENDENT CAROLINE )
DETENTION FACILITY, *et al.*, )
)
    Respondent. )

### MEMORANDUM OPINION
**(Dismissing Civil Action Without Prejudice)**

By Memorandum Order entered on December 16, 2020, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a 28 U.S.C. § 2241 petition. The Court warned Petitioner that the failure to comply with the terms of the December 16, 2020 Memorandum Order would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than eleven (11) days have elapsed and Petitioner has not completed and returned the § 2241 form or otherwise responded to the December 16, 2020 Memorandum Order. Accordingly, the action will be dismissed without prejudice. A certificate of appealability will be denied.

An appropriate Order shall accompany this Memorandum Opinion.

                                                       /s/
                                      Henry E. Hudson
Date: Jan. 28, 2021          Senior United States District Judge
Richmond, Virginia